IRVING R. CARKNARD, as Administrator of the Estate of HAROLD J. CARKNARD, Deceased, Respondent, v. CHARLES KING, Appellant, et al., Defendants.— Appeal by the defendant-appellant from an order setting aside a verdict of $1,650 in a death action as inadequate. Order unanimously affirmed, with $25 costs and disbursements. Present — Hill, P. J., Heffernan, Brewster, Foster and Deyo, JJ.

In the Matter of the Application of FIORLAT DAIRY PRODUCTS CORPORATION, Petitioner, against C. CHESTER DU MOND, as Commissioner of Agriculture and Markets of the State of New York, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. Hill, P. J., Heffernan, Brewster, Foster and Russell, JJ., concur. [See 272 App. Div. 1097.]